STEPHEN ROBERT ONSTOT
CA State Bar # 139319
1601 Barton Rd., # 3902
Redlands, CA 92373
Phone: (805) 551-4180

THOMAS G. JARRARD, *Pro Hac Vice Pending*
WA State Bar # 39774
1020 North Washington Street
Spokane, WA 99203
Telephone: (425) 239-7290
Facsimile: (509) 326-2932

MATTHEW Z. CROTTY, *Pro Hac Vice Pending*
WSBA #39284, ISB #8653
422 West Riverside, Suite 1100
Spokane, WA 99201-0300
Telephone: 509.624.5265
Facsimile: 509.458.2728

Attorneys for Plaintiff Anthony Totaro

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY TOTARO, | NO. CV- C11-05446 |
| Plaintiff, | PLAINTIFF ANTHONY TOTARO'S COMPLAINT FOR VIOLATIONS OF THE UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT, DEMAND FOR DAMAGES AND JURY TRIAL |
| v. | |
| LAWRENCE LIVERMORE NATIONAL SECURITY, LLC, | |
| Defendant. | |
| | **EXEMPT FROM FILING FEES UNDER 38 U.S.C. 4323(h)(1)** |



FILED
OCT 31 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

ANTHONY TOTARO'S COMPLAINT FOR
VIOLATIONS OF USERRA, DEMAND FOR
DAMAGES AND JURY TRIAL - 1

**COMES NOW** Plaintiff ANTHONY TOTARO, by and through his attorneys, and alleges:

## I. PARTIES AND JURISDICTION

1. Plaintiff, ANTHONY TOTARO ("Mr. Totaro") resided in the Northern District of California at all times pertinent hereto.

2. Defendant, LAWRENCE LIVERMORE NATIONAL SECURITY, LLC ("Lawrence Livermore") is licensed to conduct business within the State of California. Lawrence Livermore's address is 7000 East Avenue, Livermore, CA 94550-9234.

3. Mr. Totaro is an employee of Lawrence Livermore.

4. For the purposes of 38 U.S.C. § 4303(4), Defendant, Lawrence Livermore is a private employer operating within the State of California.

5. Upon information and belief, Nils Carlson, Bruce Warner, and possibly others are or were employed by Lawrence Livermore, act, or acted, as agents of the same, and may be named in their representative capacities should discovery reveal that their acts and omissions caused Mr. Totaro harm.

6. All acts complained of occurred within the Northern District of California.

7. The Federal Court for the Northern District of California has personal jurisdiction over the parties and subject matter jurisdiction for the claims in this complaint pursuant to 38 U.S.C. § 4323(b) and 28 U.S.C. 1331.

ANTHONY TOTARO'S COMPLAINT FOR
VIOLATIONS OF USERRA, DEMAND FOR
DAMAGES AND JURY TRIAL - 2

8. Venue is proper in the Federal Court for the Northern District of California under 38 U.S.C. § 4323(c) and 28 U.S.C. § 1391(b) because the acts and omissions complained herein occurred in the Northern District and because the parties reside there.

## II. INTRADISTRICT ASSIGNMENT

9. This action arose in Alameda County; therefore, pursuant to local rules it should be assigned to the San Francisco/Oakland Division.

## III. FACTS

10. Plaintiff re-alleges paragraphs 1 through 9.

11. Mr. Totaro is a twenty-nine (29) year veteran of the United States Air Force, Air National Guard and Air Force Reserve. His service includes deployments to United Arab Emirates, Kuwait, and Turkey, in support of Operations Iraqi Freedom and Enduring Freedom and he retired as a Lieutenant Colonel in the United States Air Force Reserve.

12. All of Mr. Totaro's records for discharge from active duty reflect honorable service to the United States, and include both personal and unit decorations for valor and meritorious service in combat.

13. The applicable service periods for Mr. Totaro in the uniformed service do not exceed 5 years.

ANTHONY TOTARO'S COMPLAINT FOR
VIOLATIONS OF USERRA, DEMAND FOR
DAMAGES AND JURY TRIAL - 3

14. Mr. Totaro started work at Lawrence Livermore as an imagery analyst/political scientist, job classification 295.0, on March 17, 1997.

15. From 1997 until 2000, Mr. Totaro worked at Lawrence Livermore and received positive performance evaluations.

16. Mr. Totaro earned annual merit increases at Lawrence Livermore prior to his military activation.

17. On June 5, 2000, Mr. Totaro received orders to active duty and gave a copy of the same to Lawrence Livermore. Thereafter, Lawrence Livermore recorded Mr. Totaro's status as an imagery analyst/political scientist/295.0 on military leave.

18. As of June 5, 2000, Mr. Totaro's salary was comparable to his peers at Lawrence Livermore with similar job classification, duties, education and experience.

19. Mr. Totaro communicated with Lawrence Livermore throughout his military leave and provided Lawrence Livermore with copies of new orders each time such orders became available.

20. From June 2000, to present, Mr. Totaro's peers received periodic evaluations resulting in either annual merit pay, or similar salary increases, from Lawrence Livermore.

ANTHONY TOTARO'S COMPLAINT FOR
VIOLATIONS OF USERRA, DEMAND FOR
DAMAGES AND JURY TRIAL - 4

21. During Mr. Totaro's military leave, Lawrence Livermore did not make any merit or other increase to Mr. Totaro's salary or benefits.

22. Mr. Totaro's military service lasted until May 31, 2010. Several weeks prior to that date, Mr. Totaro gave Lawrence Livermore notice of his intent to return to work.

23. Mr. Totaro returned to work at Lawrence Livermore in June 2010. Rather than re-employ Mr. Totaro as required by federal statute, Lawrence Livermore placed Mr. Totaro in a position different from his peers, and without a comparable salary.

24. To this day, Lawrence Livermore continues to pay Mr. Totaro a salary significantly lower than his peers who have not performed military service.

25. Upon information and belief, Lawrence Livermore continues to deny Mr. Totaro the opportunity to participate in a USERRA protected retirement plan.

26. From June 2010, to present, Mr. Totaro made repeated requests for Lawrence Livermore to correct his salary and repeatedly informed Lawrence Livermore of his protected status and rights under USERRA, but these efforts led nowhere.

27. In March 2011, Lawrence Livermore denied Mr. Totaro the opportunity to participate in the Variable Compensation Program based on his military related absence.

ANTHONY TOTARO'S COMPLAINT FOR
VIOLATIONS OF USERRA, DEMAND FOR
DAMAGES AND JURY TRIAL - 5

## IV. FEDERAL CAUSES OF ACTION

28. Plaintiff re-alleges paragraphs 1 through 27.

29. Defendant violated Mr. Totaro's rights as guaranteed by the USERRA 38 U.S.C. §§ 4301 to 4335, including but not limited to: 38 U.S.C. § 4311 discrimination and retaliation in employment; 38 U.S.C. §§ 4312, 4313 reemployment rights; § 4316, and 20 C.F.R. § 1002.247, rights and benefits of persons absent from employment for service in the armed forces; and § 4318, and 20 C.F.R. § 1002.262(a), employee pension and benefit plans.

**(CAUSE OF ACTION NO. 1 – VIOLATION OF 38 U.S.C. §4311)**

30. Plaintiff re-alleges paragraphs 1 through 29.

31. Defendant violated 38 U.S.C. § 4311 of USERRA, among other ways, by discriminating against Mr. Totaro when Defendant denied him employment benefits, including pay, promotion and training, because of his membership, service, or obligation to perform military service.

**(CAUSE OF ACTION NO. 2 – VIOLATION OF 38 U.S.C. §§4312&4313)**

32. Plaintiff re-alleges paragraphs 1 through 31.

33. Defendant violated 38 U.S.C. §§ 4312, 4313, among other ways, by failing to reemploy Mr. Totaro in a position of seniority with other rights and benefits determined by seniority plus the additional seniority, and rights, and benefits, that Mr. Totaro would have attained had he remained continuously employed.

### (CAUSE OF ACTION NO. 3 – VIOLATION OF 38 U.S.C. §4316)

34. Plaintiff re-alleges paragraphs 1 through 33.

35. Defendant violated 38 U.S.C. § 4316, among other ways, by denying Mr. Totaro the rights and benefits determined by seniority and such other rights and benefits not determined by seniority Mr. Totaro would have attained if he had remained continuously employed at Lawrence Livermore.

### (CAUSE OF ACTION NO. 4 – VIOLATION OF 38 U.S.C. §4318)

36. Plaintiff re-alleges paragraphs 1 through 35.

37. Defendant violated 38 U.S.C. § 4318, among other ways, by denying Mr. Totaro the right to make contributions to a retirement plan, by failing to give timely and adequate notice to the plan administrator as required under the USERRA, and denying Mr. Totaro the opportunity to fully participate in his retirement plan.

### (CLAIM FOR LIQUIDATED DAMAGES – 38 U.S.C. §4323)

38. Plaintiff re-alleges paragraphs 1 through 37.

39. Plaintiff is entitled to liquidated damages under USERRA because the Defendant knew, or showed reckless disregard regard for whether its conduct was prohibited under USERRA.

40. Defendant's conduct was willful as defined by §4323(d), 20 C.F.R. § 1002.312(c), because Mr. Totaro gave Defendant multiple notices that its actions violated USERRA and Defendant showed reckless disregard for the matter.

### (CONFLICTING AGREEMENTS ARE INVALID – 38 U.S.C. §4302)

41. Plaintiff re-alleges paragraphs 1 through 40.

42. To the extent that Defendant's allege application of any agreement that constitutes any limitation on Mr. Totaro's rights under USERRA, it is illegal, null and void, inapplicable and of no force or effect pursuant to 38 U.S.C. § 4302.

### V. PRAYER FOR RELIEF

Plaintiff respectfully prays for:

A. Compensation for all injury and damages suffered by ANTHONY TOTARO including, but not limited to, both economic and non-economic damages, in the amount to be proven at trial including back pay, front pay, pre and post judgment interest, lost benefits of employment, negative tax consequences of any award, liquidated damages, exemplary damages, and punitive damages as provided by law.

B. Plaintiff's reasonable attorney, expert fees, and costs, pursuant to 38 U.S.C. § 4323, and as otherwise provided by law.

C. For such other and further relief as this Court deems just and equitable, including injunctive relief enjoining future violations of the USERRA.

ANTHONY TOTARO'S COMPLAINT FOR
VIOLATIONS OF USERRA, DEMAND FOR
DAMAGES AND JURY TRIAL - 8

Respectfully submitted this 25 day of OCTOBER, 2011.

STEPHEN ROBERT ONSTOT LAW OFFICE

By: _____
STEPHEN ROBERT ONSTOT
CA State Bar # 139319
1601 Barton Rd., # 3902
Redlands, CA 92373
Phone: (805) 551-4180


LAW OFFICE OF THOMAS G. JARRARD, PLLC

By: _____
THOMAS G. JARRARD, *Pro Hac Vice Pending*
WA State Bar # 39774
1020 North Washington Street
Spokane, WA 99203
Telephone: (425) 239-7290
Facsimile: (509) 326-2932

WITHERSPOON KELLEY

By: _____
MATTHEW Z. CROTTY, *Pro Hac Vice Pending*
WSBA #39284, ISB #8653
422 West Riverside, Suite 1100
Spokane, WA 99201-0300
Telephone: 509.624.5265
Facsimile: 509.458.2728

Attorneys for Plaintiff Anthony Totaro

ANTHONY TOTARO'S COMPLAINT FOR
VIOLATIONS OF USERRA, DEMAND FOR
DAMAGES AND JURY TRIAL - 9

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38 or any similar rule of law, Plaintiff demands a trial by jury for all causes of action and issues for which trial by jury is available.

By: _____
STEPHEN ROBERT ONSTOT
CA State Bar # 139319
1601 Barton Rd., # 3902
Redlands, CA 92373
Phone: (805) 551-4180

ANTHONY TOTARO'S COMPLAINT FOR
VIOLATIONS OF USERRA, DEMAND FOR
DAMAGES AND JURY TRIAL - 10