Stephen Robert Onstot (SBN 139319)
1601 Barton Rd., #3902
Redlands, CA 92373
Telephone:     +1 805 551 4180

Thomas G. Jarrard, *Pro Hac Vice Pending*
Tjarrard@att.net
1020 North Washington Street
Spokane, WA 99203
Telephone:     +1 425 239 7290
Facsimile:     +1 509 326 2932

Matthew Z. Crotty, *Pro Hac Vice Pending*
mzc@witherspoonkelley.com
422 West Riverside, Suite 1100
Spokane, WA 99201-0300
Telephone:     +1 509 624 5265
Facsimile:     +1 509 458 2728

Attorneys for Plaintiff
ANTHONY TOTARO

Jesse L. Miller (SBN 183229)
Email:  jessemiller@reedsmith.com
Jennifer R. Fearnow (SBN 246007)
Email:  jfearnow@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendant
LAWRENCE LIVERMORE NATIONAL
SECURITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TOTARO,<br><br>         Plaintiff,<br><br>    vs.<br><br>LAWRENCE LIVERMORE NATIONAL SECURITY, LLC,<br><br>         Defendant. | No.: 11-cv-05446-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Compl. Filed:      October 31, 2011<br><br>Honorable Phyllis J. Hamilton |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Subject to the approval of this Court, plaintiff Anthony Totaro ("Plaintiff") and defendant Lawrence Livermore National Security, LLC ("Defendant") hereby submit this stipulation respectfully requesting that this Court reschedule the parties' Case Management Conference ("CMC").

WHEREAS, a CMC is currently scheduled in the above-captioned matter for February 23, 2012, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

WHEREAS, this Court's January 20, 2012 Order Setting Case Management Conference [Doc #19] states that "[a]ny request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) days before the date of the conference and must be based upon good cause."

WHEREAS, lead counsel for Defendant, Jesse L. Miller, will be appearing in person before the United States District Court for the Middle District of Tennessee on February 23, 2012 for oral argument on a motion for summary judgment and, therefore, will be unavailable to appear in person or by telephone for the above-referenced CMC.

WHEREAS, counsel for Plaintiff and Defendant jointly request and stipulate to continue the CMC from February 23, 2012 to February 28, 2012, or until such later date as the Court's calendar permits in Courtroom 3. The parties will lodge a joint CMC statement not less than seven (7) days before the CMC.

WHEREAS counsel for Plaintiff and Defendant previously stipulated to an extension of time for Defendant to file a responsive pleading to Plaintiff's Complaint. [Doc. 10.]

WHEREAS the continuance of the parties' CMC will affect the Federal Rule of Civil Procedure 16(f) meet and confer deadline by the same number of days as the continuance. In addition, the continuance will affect the deadline by which (7 days before the CMC) the parties' joint CMC statement must be filed.

/ / /

/ / /

/ / /

**THE PARTIES THEREFORE STIPULATE AS FOLLOWS:**

The parties agree to continue the CMC from February 23, 2012 to February 28, 2012, or until such later date as the Court's calendar permits in Courtroom 3.

DATED: January 25, 2012.

By   s/ Thomas G. Jarrard
Thomas G. Jarrard
Attorney for Plaintiff
ANTHONY TOTARO

DATED: January 25, 2012.

REED SMITH LLP

By   s/ Jennifer R. Fearnow
Jennifer R. Fearnow
Attorneys for Defendant
LAWRENCE LIVERMORE NATIONAL
SECURITY, LLC

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case Management Conference currently scheduled on February 23, 2012 is continued to ~~February __, 2012 at ____ a.m./p.m~~. March 1, 2012 in Courtroom 3.

Dated: 2/1/12

Hon. Phyllis J. Hamilton
United States District Court



REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.: 11-cv-05446-EDL         – 4 –         US_ACTIVE-108418184.1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE