UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY TOTARO,

    Plaintiff(s),

v.

LAWRENCE LIVERMORE NATIONAL SECURITY, LLC.,

    Defendant(s).

No. C 11-5446 PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **March 1, 2012**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **March 1, 2012 at 1:30 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

IT IS SO ORDERED.

Dated: February 1, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge