UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY TOTARO,

    Plaintiff,

    v.

LAWRENCE LIVERMORE NATIONAL SECURITY, LLC,

    Defendant.
_____/

No. C 11-5446 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of the issues raised in the parties' Joint Statement Regarding the Parties' Request for Protective Order – specifically, issues related to the confidentiality of certain records pertaining to third party employees – and for all further discovery.

The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

**IT IS SO ORDERED**.

Dated: March 16, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J, counsel of record