Stephen Robert Onstot (SBN 139319)
Stphen_onstot@yahoo.com
1601 Barton Rd., #3902
Redlands, CA 92373
Telephone:   +1 805 551 4180

Thomas G. Jarrard, *Pro Hac Vice*
Tjarrard@att.net
Law Office of Thomas G. Jarrard, PLLC
1020 North Washington Street
Spokane, WA 99203
Telephone:   +1 425 239 7290
Facsimile:   +1 509 326 2932

Matthew Z. Crotty, *Pro Hac Vice*
Crotty & Son Law Firm, PLLC
421 West Riverside, Suite 1005
Spokane, WA 99201-0300
Telephone:   +1 509 850 7011

Attorneys for Plaintiff
ANTHONY TOTARO

Jesse L. Miller (SBN 183229)
Email:  jessemiller@reedsmith.com
Jennifer R. Fearnow (SBN 246007)
Email:  jfearnow@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
LAWRENCE LIVERMORE NATIONAL
SECURITY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY TOTARO, | No.: C-11-5446-PJH |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER** |
| vs. | Compl. Filed:   October 31, 2011 |
| LAWRENCE LIVERMORE NATIONAL SECURITY, LLC, | Honorable Phyllis J. Hamilton |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is **dismissed with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: March 21, 2013  /s/ Thomas G. Jarrard
Thomas G. Jarrard
Attorney for Plaintiff, ANTHONY TOTARO

Dated: March 21, 2013  /s/ Jesse L. Miller
Jesse L. Miller
Attorney for Defendant, LAWRENCE LIVERMORE NATIONAL SECURITY, LLC

**ORDER**

The Court, having considered the Stipulation between the parties, Orders the Complaint in this action dismissed, with prejudice, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 3/22/13

Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton